

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2021

No. 04-21-00194-CR

Chance **WATSON,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7426
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On July 27, 2021, we issued an order directing the appellant to provide written proof that he: (1) requested the preparation of the reporter's record in writing; and (2) was either entitled to have the record furnished without charge or had made arrangements to pay the court reporter's fee for the record. On July 29, 2021, the appellant filed a response that complies with our order. Accordingly, we **ORDER** the court reporter to file the reporter's record in this court **by August 30, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court